STATE OF HAWAII *v.* HAWAIIAN DREDGING
COMPANY, LIMITED, ET AL., AND JUE ANAMI,
DAVID KAKALIA, KOMAYE OISHI, ET AL.

No. 4489.

September 13, 1967.

RICHARDSON, C.J., ABE, LEVINSON, JJ., AND
CIRCUIT JUDGE OGATA IN PLACE OF
MIZUHA, J., DISQUALIFIED, AND
CIRCUIT JUDGE DOI IN PLACE OF
MARUMOTO, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Helen B. Ryan* for the petition.